## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In re the Chapter 13 of | ) |
| | ) |
| Ali Savojbolaghchilar | ) |
| | )   Case No. 18-04234 |
| | ) |
| Debtor. | ) |

### NOTICE OF MOTION

TO:

Tom Vaughn, Trustee (via electronic notice).

All creditors on the attached Creditor Service List were served by First Class US Mail.

PLEASE TAKE NOTICE that on June 9, 2020 at 9:30 AM, in Courtroom 742 of the Dirksen Federal Building located at 219 South Dearborn, Chicago, IL 60604, before the Honorable Judge Doyle, the Bankruptcy Court will hear the Debtor's **Motion to Modify Chapter 13 Plan.**

/s/Ben Schneider
Schneider & Stone
8424 Skokie Blvd.
Suite 200
Skokie, IL 60077
Phone # 847-933-0300
ARDC # 6295667

### PROOF OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Creditor Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Skokie, Illinois, on May 18, 2020.

/s/   Ben Schneider
Ben Schneider

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| In re the Chapter 13 of | ) |
| | ) |
| Ali Savojbolaghchilar | ) |
| | ) Case No. 18-04234 |
| | ) |
| Debtor. | ) |

**MOTION TO MODIFY CHAPTER 13 PLAN**

NOW COMES the Debtor, Ali Savojbolaghchilar, by and through his Attorneys, SCHNEIDER & STONE, for his **Motion to Modify Chapter 13 Plan**. In support, he states as follows:

1. Debtor's Chapter 13 Petition was filed on February 16, 2018 and the plan was confirmed on May 8, 2018 with a monthly payment of $1,214 for 60 months. The plan pays 100% to General Unsecured Creditors and has a plan base of $72,840.

2. The COVID-19 pandemic caused a lack of sales at Arlington Toyota where the Debtor was employed. As a result, the Debtor was fired from his position leading to material financial hardship. He missed plan payments and has a current default of $3,551.

3. The Debtor is currently receiving unemployment income until the pandemic has resolved and does not require a suspension of his payments.

4. The Debtor proposes a modification based on 11 U.S.C. 1329(d)(1) which states that: "The plan may be modified upon the request of the debtor if—

    (A) the debtor is experiencing or has experienced a material financial hardship due, directly or indirectly, to the coronavirus disease 2019 (COVID–19) pandemic; and

    (B) the modification is approved after notice and a hearing.

5. The Debtor requests his plan term be extended 3 months to cure the default.

WHEREFORE, the Debtor, Ali Savojbolaghchilar, asks this Court to:

A. Grant his **Motion to Modify Chapter 13 Plan;**

B. Increase the Debtor's plan term to 63 months;

    C.  Defer the default to the end of the plan;

    D.  Any other relief that this Court deems fair and equitable.

        Respectfully Submitted
        Ali Savojbolaghchilar

        <u>/s/Ben Schneider</u>
        One of his Attorneys

Ben Schneider
8424 Skokie Blvd., Suite 200
Skokie, IL 60077
Phone # 847-933-0300
ARDC # 6295667