**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| In re the Chapter 13 of ) | |
| ) | |
| Ali Savojbolaghchilar ) | |
| ) | Case No. 18-04234 |
| ) | |
| Debtor. ) | |

## AMENDED NOTICE OF MOTION

TO:

Tom Vaughn, Trustee (via electronic notice).

All creditors on the attached Creditor Service List were served by First Class US Mail.

PLEASE TAKE NOTICE that on June 23, 2020 at 10:00 AM, in Courtroom 742 of the Dirksen Federal Building located at 219 S Dearborn, Chicago, IL, before the Honorable Judge Doyle, the Bankruptcy Court will hear the Debtor's **Motion to Modify Chapter 13 Plan.**

This motion will be presented and heard telephonically. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at [www.Court-Solutions.com](www.Court-Solutions.com) or by calling Court Solutions at (917) 746-7476.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance of a hearing.

/s/Ben Schneider

## PROOF OF SERVICE

I, Ben Schneider, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on June 10, 2020.

/s/ Ben Schneider
Ben Schneider